U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 MAR 30 P 1: 43

CLERK OF COURT

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF _Wisconsin_

(Full name of plaintiff(s))

Lee J Stokes

vs

(Full name of defendant(s))

Waupun Correctional Institution

Case Number:

**20-C-0509**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Wisconsin_, and is located at
   (State)

   _WCI P.O. Box 351 Waupun, Wis 53963_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant <u>Waupun Correctional Institution</u>
(Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Waupun Correctional Institution</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was taking a shower in the north cell Hall bathhouse when the water got Very Very Hot and burnt my head face and cheast i got out right away and told C-O Jacob Dorrin what happen he told me to go lock in i ask if i could go see the Doctor he said go lock in again so i did i looked in the mirrow right away and seen how red and burnt my face was i imeadently ask

Attachment One (Complaint) – 2

my celly Mike Hobbs if he would look at my face and he did he said it looked burnt and my nose was blistering i did not have anything to put on it that night. And the next day i ask the C.O if i could go see the doctor she ask the sergeant that was working on 1-28-20 if i could go to the HSU for burns on my face he said no wait for them to call you i waited till 1-30-20 to go see a nurse she looked at my face and said yes it was burnt supaficial on my nose and Bilateral on my face and gave me some burn cream and told me to use that. Now the Institution is trying to say i never went to the doctor never had burns and i have papers saying some thing else.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
　　　　　OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to make WCI make sure what the temp of water is in Bathhouse. And belive the inmates when they say the got hurt in there institution. Pay for my pain and suffering and my copay to see the doctor in the amount of 25,000 dollars and for burn marks on my nose.

E.  **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 20th day of March 2020.

Respectfully Submitted,

*Lee J Stokes*
Signature of Plaintiff

681288
Plaintiff's Prisoner ID Number

WCI P.O Box 351

Waupun, Wis 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.